FORD HENRY NATIONS
MEGAN CAROL NATIONS
784 TRACE RD
MONTICELLO, MS 39654

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

21ST MORTGAGE CORP
ATTN: BANKRUPTCY
620 MARKET STREET
KNOXVILLE, TN 37902

ALLY FINANCIAL, INC
ATTN: BANKRUPTCY
PO BOX 380901
BLOOMINGTON, IL 55438

ATLAS CREDIT CARD
300 COVENTRY ROAD
KENSINGTON, CA 94707

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CAPITAL ONE AUTO
7933 PRESTON RD
PLANO, TX 75024

CERTIFIED BUREAU INC.
ATTN: BANKRUPTCY
4621 W NAPOLEON
STE 205
METAIRIE, LA 70001

CITIBANK
PO BOX 790046
ST LOUIS, MO 63179

DEBT MANAGEMENT & COLL
P.O. BOX 5609
GREENVILLE, TX 75403

DISCOVERCARD
PO BOX 30939
SALT LAKE CITY, UT 84130

KINGS DAUGHTERS MEDICA
427 US-51
BROOKHAVEN, MS 39601

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29602

MIDLAND CREDIT MGMT
ATTN: BANKRUPTCY
PO BOX 939069
SAN DIEGO, CA 92193

SOUTHWEST REGIONAL
215 MARION AVE
MCCOMB, MS 39648

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

TOYOTA FINANCIAL
ATTN: BANKRUPTCY
PO BOX 22171
TEMPE, AZ 85285

VERIZON WIRELESS
P.O.BOX 408
NEWARK, NJ 07101