**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 9, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 PROCEEDING: |
| FORD HENRY NATIONS<br>MEGAN CAROL NATIONS<br>784 Trace Rd<br>Monticello, MS 39654 | 26-51359 KMS<br><br>SSN: XXX-XX-8702 |

**RELEASE OF WAGES**

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

TITAN SIGNS AND WRAPS
attn: Payroll Dept
1531 W INDUSTRIAL PARK RD NW
BROOKHAVEN, MS 39601

was required to pay debtor's earnings or a portion thereof to:

DAVID RAWLINGS, TRUSTEE
LOCK P.O. BOX 871
HATTIESBURG, MS 39403
(601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403
(601) 582-5011
ecfNotices@rawlings13.net